Case 14-10917-TPA    Doc 191    Filed 04/12/18    Entered 04/12/18 11:17:21    Desc Main
Document    Page 1 of 2

FILED
4/12/18 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Vaughn L. and Kimberley S. Raup
Case Number: 14-10917                           Chapter: 13
Date / Time / Room: April 10, 2018 at 10:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*
#159 - Trustee's Certificate of Default to Dismiss
#165 - Amended Plan dated 2/1/18 (FC)
+Obj. by Washington Township

*Interim* CONFIRMATION ORDER TO BE ENTERED

### *Appearances:*

Debtor: Melaragno
Trustee: Winnecour / Katz / Pail
Creditor: Jan Jurin for Washington Township

### *Proceedings:*

Recommended Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _X_ Other: Trustee's COD (#159) withdrawn

### *For Judge Agresti cases:*
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____

**Raup** _____ Case No. **14-10917** _____ TPA
Debtor(s)

Chapter 13 Plan dated **2/1/18**

Issued per the **4-10-2018** Proceeding

Next Hearing Date: **6/5/18 @**
& time: **10:30 Am**

☐ No Changes

☒ A.  For the remainder of the Plan term, the Plan payment is amended to be $ **10,514** as of **4/18** _____. Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of _____ months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under 11 U.S.C. §506, disputes over the amount and allowance of claims entitled to priority under 11 U.S.C. §507, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the plan.

☐ F.  _____ shall be paid monthly payments of $_____ beginning with the Trustee's _____ distribution and continuing for the duration of the plan term, to be applied by that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at the fifth distribution level.

☐ G.  Fee application needed if fees (including retainer) exceed $2,000/$2,500.

☒ H.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the debtor(s) successfully objects to the claim:

PA L & I (CL # 2-3 & 19)   PA Rev (CL# 5-2)

☒ I.  Additional Terms:

The secured claim(s) of the following Creditor(s) shall govern as to prepetition arrears, and the monthly postpetition payments shall be based on allowed payment changes of record:
Deutsche Bank (CL #17)

Erie County TCB
CL # 11, 12 & 13 to govern as fully secured

☐ **CASE TO BE DISMISSED**