FILED
5/22/18 4:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vaughn L. Raup dba Raup Fisheries<br>Kimberley S. Raup aka Kimberley Ann Raup,<br>aka Kimberly S. Raup<br>            Debtors | |
| U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-4, its successors and/or assigns<br>            Movant<br>v.<br>Vaughn L. Raup dba Raup Fisheries<br>Kimberley S. Raup aka Kimberley Ann Raup, aka Kimberly S. Raup<br>            Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>            Additional Respondent | BK. NO. 14-10917 TPA<br><br>CHAPTER 13<br><br>Related to Docket #___193____ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 22nd day of May, 2018, upon Motion of U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-4, its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 5448 5450 Linden Ave, Edinboro, PA 16412 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

vas

Vaughn L. Raup dba Raup Fisheries
5435 Louise Ave
Edinboro, PA 16412

Kimberley S. Raup aka Kimberley Ann Raup, aka Kimberly S. Raup
5435 Louise Ave
Edinboro, PA 16412

John C. Melaragno, Esquire
502 West Seventh Street
Erie, PA 16502
johnm@mplegal.com


Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-10917-TPA
Vaughn L. Raup                                                            Chapter 13
Kimberley S. Raup
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: mgut              Page 1 of 1         Date Rcvd: May 22, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db/jdb         +Vaughn L. Raup,    Kimberley S. Raup,    5435 Louise Ave,    Edinboro, PA 16412-1440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Huntington National Bank ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et al.
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as trustee, in trust
               for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-4
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Huntington National Bank jvalecko@weltman.com,
               PitEcf@weltman.com
              Jennifer M. Irvin    on behalf of Creditor    CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov,
               jeirvin@pa.gov
              John C. Melaragno, Esquire    on behalf of Joint Debtor Kimberley S. Raup johnm@mplegal.com,
               katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
              John C. Melaragno, Esquire    on behalf of Debtor Vaughn L. Raup johnm@mplegal.com,
               katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kenya Deneen Bates    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR
               CORPORATE TRUSTEE TO WACHOVIA BANK, N.A. AS AFORESAID AND NOT INDIVIDUALLY pawb@fedphe.com
              Kimberly A. Bonner    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
               Pass-Through Certificates, Series 2007-CH3 amps@manleydeas.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, Et al. pawb@fedphe.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as trustee, in
               trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series
               2003-4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset
               Backed Pass-Through Certificates, Series 2007-CH3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Michael S. Jan Janin    on behalf of Creditor    Washington Township mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 18