# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| VAUGHN L. RAUP | ) | CASE NO. 14-10917-TPA |
| KIMBERLEY S. RAUP | ) | |
| DEBTORS | ) | CHAPTER 13 |
| | ) | |
| VAUGHN L. RAUP | ) | |
| KIMBERLEY S. RAUP | ) | DOCUMENT NO. _____ |
| MOVANTS | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

## NOTICE OF CHANGE OF ADDRESS

I, John C. Melaragno, the undersigned, certify that the following creditor's address has been changed:

From:     Huntington Mortgage Co
              7575 Huntington Park Dr
              Columbus, OH 43235-2600

To:       Huntington Mortgage Co
              7 Easton Oval
              Columbus, OH 43219-6010

RESPECTFULLY SUBMITTED,

MELARAGNO, PLACIDI & PARINI

By: /s/ John C. Melaragno
     John C. Melaragno, Esquire
     PA I.D. NO. 80207
     502 West Seventh Street
     Erie, PA 16502
     814-459-55570
     johnm@mplegal.com