Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Vaughn L. Raup
dba Raup Fisheries
Kimberley S. Raup
aka Kimberley Ann Raup, aka Kimberly S. Raup**
   Debtor(s)

Bankruptcy Case No.: 14−10917−TPA
Per March 5, 2019 Proceeding
Chapter: 13
Docket No.: 228 − 218
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 7, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $11,501.00 as of March, 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒   G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PA Department of Revenue (Claim 5−2) .

☒   H.    Additional Terms: 1) The secured claim(s) of the following Creditor(s) shall govern as to pre−petition arrears, and the monthly post−petition payments shall be based on allowed payment changes of record: Deutsche Bank (Claim No. 17).
2) Erie County Tax Claim Bureau, Claims 11, 12 and 13, to govern as fully secured.
3) PA Department of Labor & Industry (Claim #2−3 & 19) govern.
4) Washington County Sewer Authority post−petition payments were proper, with the remainder to be paid outside of the Plan per Court Order entered April 24, 2018.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: March 8, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 14-10917-TPA
Vaughn L. Raup                                                                                  Chapter 13
Kimberley S. Raup
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: vson              Page 1 of 4              Date Rcvd: Mar 08, 2019
                            Form ID: 149            Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
```
db/jdb         +Vaughn L. Raup,    Kimberley S. Raup,    5435 Louise Ave,    Edinboro, PA 16412-1440
r              +Mark Hutchison,    Coldwell Banker Select Realtors,    413 West Plum Street,    Suite A,
                 Edinboro, PA 16412-2175
cr             +U.S. Bank National Association, as trustee, in tru,    c/o Matthew Christian Waldt, Esq.,
                 Milstead & Associates, LLC,    1 East Stow Road,    Marlton, NJ 08053-3118
13927734       +ABC-Amega, Inc.,    500 Seneca Street, Ste. 400,    Buffalo, NY 14204-1963
13927740       +ARM, now Radius Global Solutions, LLC,    7831 Glenroy Road, Ste. 250,    Edina, MN 55439-3117
13927736       +Allied Interstate,    7525 W. Campus Rd.,    New Albany, OH 43054-1121
13909886       +American Express Bank,    4315 South 2700 West,    Salt Lake City, UT 84184-0002
13927739       +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13927744       +B&L Wholesale Supply, Inc.,    70 Hartford Street,    Rochester, NY 14605-2597
13909890      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,    Po Box 982236,    El Paso, TX  79998)
13927746      ++BONDED COLLECTION CORPORATION,    PO BOX 2248,    NORCROSS GA 30091-2248
                (address filed with court:   Bonded Collection Corporation,    29 East Madison Street,
                 Suite 1650,    Chicago, IL  60602-4427)
13909888       +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
13909889       +Bank Of America, N.a.,    201 N Tryon St,    Charlotte, NC 28202-1331
13927745       +Bluestone Investments, Inc.,    c/o Amato and Lessa, P.C.,    107 N. Commerce Way,
                 Bethlehem, PA 18017-8913
13927747       +Brooke Lyle,    305 Shelhamer Circle,    Edinboro, PA 16412-2389
13927748       +CBCS,    PO Box 551149,    Jacksonville, FL 32255-1149
13909897        CREDIT COLL,    3550 E Rosser Av,    PO Box 778,    Bismarck, ND  58502-0778
13909898       +CREDIT PROTECTION ASSO,    13355 NOEL RD STE 2100,    DALLAS, TX 75240-6837
13909892       +Carter Lumber Diy /,    4710 Buffalo Road,    Erie, PA 16510-2298
13927749       +Chase Bank U.S.A. N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
13909895       +Citibank South Dakota,    PO Box 6500,    Sioux Falls, SD 57117-6500
13927750       +Clara Strong,    5475 Woodlawn Drive,    Edinboro, PA 16412-1225
13927751       +Client Services, Inc.,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
13927755      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court:   Direct TV,    P.O. Box 6550,    Englewood, CO  80155)
13909900       +DIVERSIFIED ADJUSTMENT,    600 COON RAPIDS BLVD NW,    COON RAPIDS, MN 55433-5549
13927753       +Dahlie Tedesco,    5455 Louise Ave,    Edinboro, PA 16412-1440
13983458       +Deutsche Bank National Trust Company, as,    Trustee,    c/o Select Portfolio Servicing, Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13927757       +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
13927758      ++FARMERS FINANCIAL SERVICES INC,    5922 CURZON AVE,    FORT WORTH TX 76107-5012
                (address filed with court:   Farmers Financial Services,Inc,    2905 Lackland Suite A,
                 Fort Worth, TX  76116)
13909901        FFS Inc,    5922 Curzon Ave.,    Fort Worth, TX  76107-5012
13909902       +Firstenergy,    5404 Evans Road,    Erie, PA 16509-3680
13927760       +Fristsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
13927762       +HS Financial Group LLC,    P.O. Box 451193,    Westlake, OH 44145-0630
13927765       +Jane Kucharik,    5450 Linden Ave,    Edinboro, PA 16412-1437
13909904       +LTD Financial Services, LP,    3200 Wilcrest Dr., Ste. 600,    Houston, TX 77042-6000
13927767       #+Larry & Mary Grigsby,    5448 Linden Ave,    Edinboro, PA 16412-1437
13927772       +MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13927769        Mercantile Adjustment Bureau,    P.O. Box 9016,    Williamsville, NY  14231-9016
13909905       +Mercer County State Ba,    Po Box 38,    Sandy Lake, PA 16145-0038
13927773       +National Action Financial Srv,    165 Lawrence Bell Drive,    Suite 100,    Buffalo, NY 14221-7900
13909908       +Northwest Physician,    1304 S. Fawcett Ave,    Suite 200,    Tacoma, WA 98402-1911
13959660       +Penelec A FirstEnergy Company,    First Energy Corp,    101 Crawford Corners Rd.,
                 Holmdel, NJ 07733-1976
13927777       +Phelan Hallinan & Schmieg, LLP,    1617 JFK Blvd, Suite 1400,    One Penn Center Plazza,
                 Philadelphia, PA 19103-1823
13909885        Phelan Hallinan, LLP,    Suite 1400,    Philadelphia, PA  19103
13909910       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13909912       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13927780       +Stephen Grib and Mildred S. Grib,    1301 Village Green Drive,    Hixson, TN 37343-3069
13909914       +Strategic Recovery Group,    6606 Lyndon B Johnson Fwy,    Dallas, TX 75240-6533
13909915       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13927783       +Township of Washington,    12591 Draketown Rd,    Edinboro, PA 16412-1172
13927782       +Township of Washington,    c/o Paul F. Burroughs, Solicit,    2222 West Grandview Blvd,
                 Erie, PA 16506-4508
13909917       +U.S. Bank NA,    c/o Matthew Christian Waldt, Esq.,    Milstead & Associates, LLC,
                 1 East Stow Rd.,    Marlton, NJ 08053-3118
14025247       +U.S. Bank National Association, as Trustee, in Tru,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
13927784        Weltman, Weinberg & Reis Co.,    436 Seventh Avenue, Suite 2500,    Pittsburgh, PA  15219-1842
```

```
District/off: 0315-1                  User: vson                    Page 2 of 4                   Date Rcvd: Mar 08, 2019
                                      Form ID: 149                  Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2019 02:33:40
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13927741       E-mail/Text: legal@arsnational.com Mar 09 2019 02:30:31      ARS National Services, Inc.,
               P.O. Box 463023,   Escondido, CA  92046-3023
13909887      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 09 2019 02:30:50      ASSET ACCEPTANCE LLC,
               PO BOX 1630,    WARREN, MI 48090-1630
13927742      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 09 2019 02:30:50      ASSET ACCEPTANCE LLC,
               PO BOX 2036,    WARREN, MI 48090-2036
13927735      +E-mail/Text: ebn@ltdfin.com Mar 09 2019 02:30:31      Advantage Assets II, Inc,
               7322 Southwest Frwy,   Suite 1600,   Houston, TX 77074-2134
13927737       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 09 2019 02:44:31      American InfoSource LP,
               Agent for Midland Funding LLC,    P.O. Box 268941,   Oklahoma City, OK  73126-8941
13934101       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 09 2019 02:44:31
               American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
13922579      +E-mail/Text: bnc@atlasacq.com Mar 09 2019 02:30:23      Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
13909891       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 02:33:18      Cap One,
               Po Box 85520,   Richmond, VA  23285
13909894      +E-mail/Text: compliance@contractcallers.com Mar 09 2019 02:31:39      CCI,   501 Greene Street,
               3rd Floor, Suite 302,   Augusta, GA 30901-4415
14709669      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 09 2019 02:31:37      COMMONWEALTH OF PA  UCTS,
               DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
               HARRISBURG, PA 17121-0751
13909893      +E-mail/Text: bankruptcy@cavps.com Mar 09 2019 02:31:13      Cavalry Portfolio Se,
               500 Summit Lake Drive, Suite 400,   Valhalla, NY 10595-2322
13911635      +E-mail/Text: bankruptcy@cavps.com Mar 09 2019 02:31:13      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13927752      +E-mail/Text: rkiser@co.crawford.pa.us Mar 09 2019 02:31:04      Crawford County Tax Claim Bureau,
               903 Diamond Park,   Meadville, PA 16335-2694
13912428      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 09 2019 02:31:37
               Department of Labor and Industry - UCTS,    Commonwealth of Pennsylvania,   Attn: Joseph Kots,
               625 Cherry St  Room 203,   Reading, PA 19602-1152
13927754      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 09 2019 02:31:37
               Dept. of Labor and Industry,    Joseph Kots,   625 Cherry St., Rm 203,   Reading, PA 19602-1152
13927756       E-mail/Text: mrdiscen@discover.com Mar 09 2019 02:30:23      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13909899      +E-mail/Text: mrdiscen@discover.com Mar 09 2019 02:30:23      Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
13927762      +E-mail/Text: aoneill@hsfinancialgroup.net Mar 09 2019 02:30:51      HS Financial Group LLC,
               P.O. Box 451193,   Westlake, OH 44145-0630
13927763       E-mail/Text: bankruptcy@huntington.com Mar 09 2019 02:30:52      Huntington Bank,
               P.O. Box 182387,   Columbus, OH  43218-2387
13909903      +E-mail/Text: bankruptcy@huntington.com Mar 09 2019 02:30:52      Huntington Mortgage Co,
               7 Easton Oval,   Columbus, OH 43219-6060
13918713      +E-mail/Text: bankruptcy@huntington.com Mar 09 2019 02:30:53      Huntington National Bank,
               P O Box 89424,   Cleveland OH 44101-6424
13927764       E-mail/Text: cio.bncmail@irs.gov Mar 09 2019 02:30:30      Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA  19101-7346
13927766      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 09 2019 02:31:06
               Key Bank National Association,    127 Public Square,   Cleveland, OH 44114-1226
13979357       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2019 02:34:11
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
               N.A.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13927768      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 09 2019 02:30:54      MCM,   8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
13927771      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 09 2019 02:30:54      Midland Credit Management, Inc,
               3111 Camino Del Rio N. #1300,   San Diego, CA 92108-5750
13909907      +E-mail/Text: egssupportservices@alorica.com Mar 09 2019 02:31:06      NCO FINANCIAL SYSTEMS INC,
               507 Prudential Road,   Horsham, PA 19044-2308
13909906      +E-mail/Text: Bankruptcy@natfuel.com Mar 09 2019 02:30:54      National Fuel,   1100 State Street,
               PO Box 2081,   Erie, PA 16512-2081
13927775      +E-mail/Text: bncmail@w-legal.com Mar 09 2019 02:31:17      Oak Harbor Capital VII, LLC,
               C/O Weinstein and Riley, PS,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
13909909      +Fax: 407-737-5634 Mar 09 2019 03:07:17      Ocwen Loan Servicing L,
               1661 Worthington Rd., Ste. 100,   West Palm Beach, FL 33409-6493
13927776       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2019 02:30:49      PA Dept. of Revenue,
               Dept. 280946,   Harrisburg, PA  17128-0946
13909911       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 02:33:41      PORTFOLIO RC,
               120 Corporate Boulevard,   Norfolk, VA 23502
13927778       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 02:33:40
               Portfolio Recovery Associates,    120 Corporate Blvd,   Norfolk, VA  23502
13928973       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2019 02:30:50
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
```

```
District/off: 0315-1            User: vson                  Page 3 of 4                    Date Rcvd: Mar 08, 2019
                                Form ID: 149                Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13927779          E-mail/Text: bk@revenuegroup.com Mar 09 2019 02:31:24       Revenue Group,   P.O. Box 93983,
                   Cleveland, OH 44101-5983
13986359          E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2019 02:33:20
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13909913         +E-mail/Text: jennifer.chacon@spservicing.com Mar 09 2019 02:31:39      Select Portfolio Svcin,
                   Po Box 65250,   Salt Lake City, UT 84165-0250
13909916         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 09 2019 02:30:54       U. S. Trustee's Office,
                   1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Huntington National Bank
cr              PA Dept of Revenue
cr              The Huntington National Bank
cr              U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR CORPOR
cr              U.S. Bank National Association, Et al.
cr              Washington Township
cr*            +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13927738*       American InfoSource, LP,   Agent for Midland Funding, LLC,   P.O. Box 268941,
                 Oklahoma City, OK 73126-8941
13927743*      +Atlas Acquisitions LLC,   294 Union  St.,   Hackensack, NJ 07601-4303
13927774*      +Northwest Physician,   1304 S. Fawcett Ave.,   Suite 200,   Tacoma, WA 98402-1911
13927781*      +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13909896      ##+COMMERCIAL ACCEPTANCE,   2 W MAIN ST,   SHIREMANSTOWN, PA 17011-6326
13927759      ##+Ferrey & Nicholas, Inc.,   Huntingdon Place Office Bld,   One Braddock Rd, 2nd Floor,
                 Mount Pleasant, PA 15666-1458
13927761      ##+Holly Lane,   5435 Louise Ave,   Edinboro, PA 16412-1440
13927770      ##+Michelle Williams,   5452 Linden Ave,   Edinboro, PA 16412-1437
                                                                                      TOTALS: 8, * 5, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et al.
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as trustee, in trust
               for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-4
               bkgroup@kmllawgroup.com
```

```
District/off: 0315-1                  User: vson                    Page 4 of 4                   Date Rcvd: Mar 08, 2019
                                      Form ID: 149                  Total Noticed: 92


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James P. Valecko    on behalf of Creditor    Huntington National Bank jvalecko@weltman.com,
               PitEcf@weltman.com
              Jennifer M. Irvin    on behalf of Creditor    CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov,
               jeirvin@pa.gov
              John C. Melaragno, Esquire    on behalf of Debtor Vaughn L. Raup johnm@mplegal.com,
               katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
              John C. Melaragno, Esquire    on behalf of Joint Debtor Kimberley S. Raup johnm@mplegal.com,
               katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
               Pass-Through Certificates, Series 2007-CH3 kab@jsdc.com,    jnr@jsdc.com;eaf@jsdc.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kenya Deneen Bates    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR
               CORPORATE TRUSTEE TO WACHOVIA BANK, N.A. AS AFORESAID AND NOT INDIVIDUALLY pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, Et al. pawb@fedphe.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as trustee, in
               trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series
               2003-4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset
               Backed Pass-Through Certificates, Series 2007-CH3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Michael S. Jan Janin    on behalf of Creditor    Washington Township mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 18
```