**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 14-10917-TPA** |
| **Vaughn L. Raup** ) | |
| **Kimberly S. Raup** ) | |
| Debtor ) | **Chapter 13** |
| ) | Document No. _____ |
| ) | Related to Doc. No. 228 |

## CONSENT ORDER MODIFYING MARCH 8, 2019 ORDER

AND NOW, this _____ day of _____, 2019, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 8, 2019 it is

ORDERED that the March 8, 2019, Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.H" that payments to Washington Township Water were proper under the prior confirmed plan;

The March 8, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com


/s/ John C. Melaragno
John C. Melaragno, Esquire
Attorney for debtors
Melaragno, Placidi & Parini
502 West Seventh Street
Erei PA 16502
814-459-5557
johnm@mplegal.com