**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/14/2019

IN RE:

VAUGHN L. RAUP
KIMBERLEY S. RAUP
5435 LOUISE AVE
EDINBORO, PA 16412
XXX-XX-1385          Debtor(s)

XXX-XX-6549

Case No. 14-10917 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/14/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:17<br>CLAIM:  0.00<br>COMMENT:  PMT/PL-NTC*DKT4PMT-LMT | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  0333 |
| **CRAWFORD COUNTY TAX CLM BUREAU***<br>CRAWFORD COUNTY COURTHOUSE<br>903 DIAMOND SQ<br>MEADVILLE, PA  16335 | Trustee Claim Number:2   INT %: 9.00%<br>Court Claim Number:15-2<br>CLAIM:  7,603.26<br>COMMENT:  2209-013-70002*12-14*$/CL-PL@9%*WNTS 9%*AMD | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0002 |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  6,026.95<br>COMMENT:  AVD/OE*SEC@JDMNT LIEN/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9218 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA  16501 | Trustee Claim Number:4   INT %: 9.00%<br>Court Claim Number:13<br>CLAIM:  6,265.01<br>COMMENT:  45015036000100;11-13*CL13GOV@SEC*$CL-TTL/PL*DK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0100 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA  16501 | Trustee Claim Number:5   INT %: 9.00%<br>Court Claim Number:12<br>CLAIM:  2,535.28<br>COMMENT:  45016029000303;10-13*CL12GOV@SEC*$CL-PL@9% | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0303 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA  16501 | Trustee Claim Number:6   INT %: 9.00%<br>Court Claim Number:11<br>CLAIM:  14,384.59<br>COMMENT:  45037045004000;11-13*CL11GOV@SEC*$CL-TTL/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0400 |
| **HUNTINGTON NATIONAL BANK(*)**<br>2361 MORSE RD (NC2W43)<br>COLUMBUS, OH  43229 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*CL=138210.39 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  0929 |
| **MERCER COUNTY STATE BANK**<br>POB 38<br>SANDY LAKE, PA  16145 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:NC<br>CLAIM:  0.00<br>COMMENT:  PMT/PL*2102x(60+2)=LMT*$0 ARRS/PL*BIZ LOAN/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  6185 |
| **US BANK NA**<br>C/O SELECT PORTFOLIO SRVCNG INC*<br>POB 65450*<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:18-2<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*OCWEN LN SVC/SCH*FILED AFTER BAR*AMD | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  7752 |
| **STEPHEN & MILDRED GRIB TRUST**<br>1301 VILLAGE GREEN DR<br>HIXSON, TN  37343 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:NC<br>CLAIM:  0.00<br>COMMENT:  DEFERRED/PREVIOUS CONF*$0/PL | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **STEPHEN & MILDRED GRIB TRUST**<br>1301 VILLAGE GREEN DR<br><br>HIXSON, TN 37343 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:NC<br><br>CLAIM: 0.00<br>COMMENT: RS/OE*PROP SURR/PL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: | |
| **WASHINGTON TOWNSHIP SEWER AUTH**<br>11800 EDINBORO RD<br><br>EDINBORO, PA 16412 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 14*RS/OE*SURR/PL*NT ADR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5452 | |
| **WASHINGTON TOWNSHIP SEWER AUTH**<br>11800 EDINBORO RD<br><br>EDINBORO, PA 16412 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 14*RS/OE*SURR/PL*NT ADR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | |
| **WASHINGTON TOWNSHIP SEWER AUTH**<br>11800 EDINBORO RD<br><br>EDINBORO, PA 16412 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 11*RS/OE*SURR/PL*NT ADR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | |
| **WASHINGTON TOWNSHIP SEWER AUTH**<br>11800 EDINBORO RD<br><br>EDINBORO, PA 16412 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 4,279.34<br>COMMENT: 45015036000200*11,12*$@0%CBND/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0200 | |
| **WASHINGTON TOWNSHIP (WATER)**<br>11800 EDINBORO RD<br><br>EDINBORO, PA 16412 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 1,309.66<br>COMMENT: 4503704500400;11,12*449.35/AMD PL*DK! | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0400 | |
| **WASHINGTON TOWNSHIP SEWER AUTH**<br>11800 EDINBORO RD<br><br>EDINBORO, PA 16412 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 4,136.31<br>COMMENT: 45037045004000*11,12*$@0%CMBND/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4000 | |
| **WASHINGTON TOWNSHIP\*\***<br>C/O PAUL F BURROUGHS ESQ - SOLICITOR<br>2222 W GRANDVIEW BLVD<br><br>ERIE, PA 16506 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CMBND@16*WASHINGTON TWP WTR/SCH*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | |
| **WASHINGTON TOWNSHIP SEWER AUTH**<br>11800 EDINBORO RD<br><br>EDINBORO, PA 16412 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CMBND@15*NT ADR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | |
| **WASHINGTON TOWNSHIP SEWER AUTH**<br>11800 EDINBORO RD<br><br>EDINBORO, PA 16412 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 09-10*RS/OE*SURR/PL*NT ADR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: | |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WASHINGTON TOWNSHIP SEWER AUTH**<br>11800 EDINBORO RD<br><br>EDINBORO, PA 16412 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 1,235.00<br>COMMENT: 45015036000100*$@0%/PL*DK!! | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0100 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA U**<br>OFFICE OF UC TAX SERVICES-COLLECTION SU<br>651 BOAS ST - RM 924<br><br>HARRISBURG, PA 17121 | Trustee Claim Number: 22  INT %: 9.00%<br>Court Claim Number: 2-3<br><br>CLAIM: 3,741.05<br>COMMENT: 2530784*CL2-3GOV*$/CL-PL@0%*AMD | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0784 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 9-2<br><br>CLAIM: 0.00<br>COMMENT: 1385/6549*NT PROV/PL*AMD=0 | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1385 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 5-2<br><br>CLAIM: 20,294.20<br>COMMENT: 1385/81767179*CL5-2GOV*$/CL-PL*AMD | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1385 |
| **ALLIED INTERSTATE**<br>15 HAZELWOOD DR<br><br>BUFFALO, NY 14228 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: HSBC NV/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1890 |
| **AMERICAN EXPRESS**<br>P O BOX 53779<br><br>PHOENIX, AZ 85072 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1008 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br><br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: GEMB/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0683 |
| **ASSOCIATED RECOVERY SYSTEMS**<br>POB 469046<br><br>ESCONDIDO, CA 92046 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~DSNB/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0114 |
| **BL WHOLESALE**<br>70 HARTFORD ST<br><br>ROCHESTER, NY 14605 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: RAUP CONSTRUCTION/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3100 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 2,631.56<br>COMMENT: BOA/FIA | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5430 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BANK OF AMERICA\*\***<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~HSA FANNIE MAE HOME SAVER ADV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0508 |
| **BANK OF AMERICA\*\***<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5547 |
| **BLUESTONE INVESTMENTS INC**<br>C/O AMATO KEATING AND LESSA PC<br>107 N COMMERCE WAY<br>BETHLEHEM, PA 18017 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 335.84<br>COMMENT: JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2518 |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3025 |
| **CARTER LUMBER**<br>POB 40<br>KENT, OH 44240-0001 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0979 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7213 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 5,484.75<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5631 |
| **CITIBANK NA(\*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4521 |
| **CITIBANK NA(\*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8660 |
| **DIRECTV (\*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7350 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **FFS INCORPORATED**<br>5922 CURZON AVE<br>FORT WORTH, TX 76107-5012 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 91N1 | CLAIM: 0.00<br>COMMENT: NT ADR~JDGMNT/SCH |
| **PENELEC/FIRST ENERGY\*\***<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4161 | CLAIM: 2,205.44<br>COMMENT: 4161/1910/7343\*0246/SCH |
| **FIRST ENERGY\***<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6588 | CLAIM: 0.00<br>COMMENT: |
| **FIRSTSOURCE ADVANTAGE, LLC**<br>205 BRYANT WOODS SOUTH<br>BUFFALO, NY 14228 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4109 | CLAIM: 0.00<br>COMMENT: NORTHSTAR CPTL ACQ/SCH |
| **HUNTINGTON BANK**<br>POB 1558<br>COLUMBUS, OH 43216 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9094 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **ATLAS ACQUISITIONS LLC - AS ASSIGNEE**<br>294 UNION ST<br>HACKENSACK, NJ 07601 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: XA81 | CLAIM: 0.00<br>COMMENT: KEYBANK\*CL @ 4935.16 W/DRAWN-DOC 141, 142 |
| **NATIONAL ACTION FIN SERVICE++**<br>165 LAWRENCE BELL DR<br>WILIAMSVILLE, NY 14221 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2313 | CLAIM: 0.00<br>COMMENT: HSBC BANK NV/SCH |
| **NATIONAL FUEL GAS DISTRIB CORP**<br>POB 2081<br>ERIE, PA 16512 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2388 | CLAIM: 888.02<br>COMMENT: 1879/SCH |
| **NATIONAL FUEL GAS**<br>1100 STATE ST<br>ERIE, PA 16501 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2254 | CLAIM: 0.00<br>COMMENT: |
| **NATIONAL FUEL GAS**<br>1100 STATE ST<br>ERIE, PA 16501 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3947 | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **NATIONAL FUEL GAS**<br>1100 STATE ST<br>ERIE, PA 16501 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3359 | CLAIM: 0.00<br>COMMENT: |
| **NATIONAL FUEL GAS**<br>1100 STATE ST<br>ERIE, PA 16501 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6060 | CLAIM: 0.00<br>COMMENT: |
| **NORTHWEST PHYSICIANS ASSOC**<br>1012 WATER ST STE 8<br>MEADVILLE, PA 16335 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1542 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5738 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8693 | CLAIM: 0.00<br>COMMENT: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4809 | CLAIM: 10,470.74<br>COMMENT: CITIBANK/SEARS |
| **SELECT PORTFOLIO SVCG INC/FKA****<br>FAIRBANKS CAPITAL*LOAN SVC CTR<br>POB 65450*<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0481 | CLAIM: 0.00<br>COMMENT: NO$~MORT PAID AT TIME OF SALE~DISPUTED/SCH |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4521 | CLAIM: 0.00<br>COMMENT: |
| **THD/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8660 | CLAIM: 0.00<br>COMMENT: |
| **HUNTINGTON NATIONAL BANK(*)**<br>2361 MORSE RD (NC2W43)<br>COLUMBUS, OH 43229 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0929 | CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*CL=44560.07*HUNTINGTON MTG/SCH |

| Creditor | Trustee Info | Cred Desc |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br><br> HARRISBURG, PA  17128 | Trustee Claim Number:61  INT %:  3.00% <br> Court Claim Number:5-2 <br><br> CLAIM:  449.64 <br> COMMENT:  1385/81767179*CL5-2GOV*$/CL-PL@0%*AMD | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  1385 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br><br> HARRISBURG, PA  17128 | Trustee Claim Number:62  INT %:  0.00% <br> Court Claim Number:5-2 <br><br> CLAIM:  4,574.58 <br> COMMENT:  1385/81767179*NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1385 |
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** <br> C/O SELECT PORTFOLIO SERVICING INC* <br> PO BOX 65450 <br><br> SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:63  INT %:  0.00% <br> Court Claim Number:17 <br><br> CLAIM:  81,753.86 <br> COMMENT:  $/CL-PL*THRU 8/14 | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  0333 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br><br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:64  INT %:  0.00% <br> Court Claim Number:9-2 <br><br> CLAIM:  318.25 <br> COMMENT:  NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1385 |
| **SYNCHRONY BANK++** <br> C/O RECOVERY MANAGEMENT SYSTEMS CORP <br> 25 SE 2ND AVE STE 1120 <br><br> MIAMI, FL  33131-1605 | Trustee Claim Number:65  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  WAL MART/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.:  8915 |
| **KENYA BATES ESQ** <br> PHELAN HALLINAN ET AL <br> OMNI WILLIAM PENN OFFICE TOWER <br> 555 GRANT ST STE 300 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:66  INT %:  0.00% <br> Court Claim Number: <br><br><br> CLAIM:  0.00 <br> COMMENT:  US BANK NATL ASSOC~WACHOVIA/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA U** <br> OFFICE OF UC TAX SERVICES-COLLECTION SU <br> 651 BOAS ST - RM 924 <br><br> HARRISBURG, PA  17121 | Trustee Claim Number:67  INT %:  0.00% <br> Court Claim Number:19 <br><br> CLAIM:  2,372.53 <br> COMMENT:  2014039;14-17*CL19GOV*NT PROV/PL*SEE CID 22 | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  4039 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA U** <br> OFFICE OF UC TAX SERVICES-COLLECTION SU <br> 651 BOAS ST - RM 924 <br><br> HARRISBURG, PA  17121 | Trustee Claim Number:68  INT %:  0.00% <br> Court Claim Number:2-3 <br><br> CLAIM:  1,267.97 <br> COMMENT:  2014039*CL2-3GOV*$/CL-PL*NO PRI/SCH*AMD | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  4039 |
| **WASHINGTON TOWNSHIP SEWER AUTH** <br> 11800 EDINBORO RD <br><br> EDINBORO, PA  16412 | Trustee Claim Number:69  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  382.17 <br> COMMENT:  45015036000100*PMTS PROPER/CONF*OUTSIDE/COE*17,18 | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  0100 |
| **WASHINGTON TOWNSHIP SEWER AUTH** <br> 11800 EDINBORO RD <br><br> EDINBORO, PA  16412 | Trustee Claim Number:70  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  1,053.34 <br> COMMENT:  45015036000200*PMTS PROPER/CONF*OUTSIDE/COE*17,18 | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  0200 |

CLAIM RECORDS

| | | |
|---|---|---|
| **WASHINGTON TOWNSHIP SEWER AUTH** | Trustee Claim Number:71  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| 11800 EDINBORO RD | Court Claim Number: | ACCOUNT NO.: 4000 |
| | CLAIM: 1,493.72 | |
| EDINBORO, PA  16412 | COMMENT: 45037045004000*PMTS PROPER/CONF*OUTSIDE/COE*17,18 | |
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:72  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: SELECT PORTFOLIO~US BANK/PRAE | |
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:73  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: SELECT PORTFOLIO~US BANK/PRAE | |

Case 14-10917-TPA    Doc 232    Filed 06/14/19    Entered 06/14/19 12:06:58    Desc
Page 10 of 10