FILED
6/14/19 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 14-10917-TPA |
| Vaughn L. Raup ) | |
| Kimberly S. Raup ) | |
| Debtor ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Doc. No. 228 |

## CONSENT ORDER MODIFYING MARCH 8, 2019 ORDER

AND NOW, this \_\_\_\_14th\_\_\_\_ day of _____June_____, 2019, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 8, 2019 it is

ORDERED that the March 8, 2019, Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.H" that payments to Washington Township Water were proper under the prior confirmed plan;

The March 8, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____vas
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com


/s/ John C. Melaragno
John C. Melaragno, Esquire
Attorney for debtors
Melaragno, Placidi & Parini
502 West Seventh Street
Erei PA 16502
814-459-5557
johnm@mplegal.com

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-10917-TPA
Vaughn L. Raup                                                  Chapter 13
Kimberley S. Raup
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: mgut                  Page 1 of 1         Date Rcvd: Jun 14, 2019
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db/jdb         +Vaughn L. Raup,    Kimberley S. Raup,    5435 Louise Ave,    Edinboro, PA 16412-1440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CSU - OUCTS, PA Labor & Industry     ra-li-ucts-bankpitts@state.pa.us
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et al.
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as trustee, in trust
               for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-4
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Huntington National Bank jvalecko@weltman.com,
               PitEcf@weltman.com
              Jennifer M. Irvin    on behalf of Creditor    CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov,
               jeirvin@pa.gov
              John C. Melaragno, Esquire    on behalf of Joint Debtor Kimberley S. Raup johnm@mplegal.com,
               katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
              John C. Melaragno, Esquire    on behalf of Debtor Vaughn L. Raup johnm@mplegal.com,
               katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
               Pass-Through Certificates, Series 2007-CH3 kab@jsdc.com,    jnr@jsdc.com;eaf@jsdc.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kenya Deneen Bates    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR
               CORPORATE TRUSTEE TO WACHOVIA BANK, N.A. AS AFORESAID AND NOT INDIVIDUALLY pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, Et al. pawb@fedphe.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as trustee, in
               trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series
               2003-4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset
               Backed Pass-Through Certificates, Series 2007-CH3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Michael S. Jan Janin    on behalf of Creditor    Washington Township mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 18