IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| VAUGHN L. RAUP, | : | CASE NO. 14-10917-TPA |
| KIMBERLEY S. RAUP | : | |
|     DEBTORS | : | CHAPTER 13 |
| | : | |
| VAUGHN L. RAUP | : | DOCUMENT NO. __ |
| KIMBERLEY S. RAUP | : | |
|     MOVANTS | : | |
| | : | |
| V. | : | |
| | : | |
| NO RESPONDENTS | : | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On December 22, 2014, at docket number 33, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by the Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

                                                                         Respectfully submitted,

                                                                          Melaragno, Placidi & Parini

Dated: September 3, 2019                                By: /s/ John C. Melaragno, Esquire
                                                                           John C. Melaragno, Esquire
                                                                           502 West Seventh Street
                                                                           Erie, Pennsylvania 16502
                                                                           (814) 459-5557
                                                                           PA I.D. No. 80207
                                                                           johnm@mplegal.com

**PAWB Local Form 24 (07/13)**