**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VAUGHN L. RAUP<br>KIMBERLEY S. RAUP<br>        Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:14-10917 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 08/21/2014 and confirmed on 10/23/14 . The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 396,306.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 396,306.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 9,058.93 | |
|    Trustee Fee | 16,201.56 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 25,260.49 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO | 0.00 | 77,201.64 | 0.00 | 77,201.64 |
|     Acct: 0333 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0929 | | | | |
|   MERCER COUNTY STATE BANK | 0.00 | 128,222.00 | 0.00 | 128,222.00 |
|     Acct: 6185 | | | | |
|   STEPHEN & MILDRED GRIB TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN & MILDRED GRIB TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0929 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO | 81,753.86 | 81,753.86 | 0.00 | 81,753.86 |
|     Acct: 0333 | | | | |
|   CRAWFORD COUNTY TAX CLM BUREAU | 7,603.26 | 7,603.26 | 2,575.74 | 10,179.00 |
|     Acct: 0002 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 6,265.01 | 6,265.01 | 2,057.00 | 8,322.01 |
|     Acct: 0100 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 2,535.28 | 2,535.28 | 615.85 | 3,151.13 |
|     Acct: 0303 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 14,384.59 | 14,384.59 | 4,734.57 | 19,119.16 |
|     Acct: 4000 | | | | |
|   WASHINGTON TOWNSHIP SEWER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5452 | | | | |
|   WASHINGTON TOWNSHIP SEWER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WASHINGTON TOWNSHIP SEWER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WASHINGTON TOWNSHIP SEWER AUTH | 4,279.34 | 4,279.34 | 0.00 | 4,279.34 |
|     Acct: 0200 | | | | |
|   WASHINGTON TOWNSHIP (WATER) | 1,273.56 | 1,273.56 | 0.00 | 1,273.56 |
|     Acct: 0400 | | | | |
|   WASHINGTON TOWNSHIP SEWER AUTH | 4,136.31 | 4,136.31 | 0.00 | 4,136.31 |
|     Acct: 4000 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WASHINGTON TOWNSHIP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON TOWNSHIP SEWER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON TOWNSHIP SEWER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON TOWNSHIP SEWER AUTH | 1,235.00 | 1,235.00 | 0.00 | 1,235.00 |
| Acct: 0100 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTR | 3,741.05 | 3,741.05 | 797.93 | 4,538.98 |
| Acct: 0784 | | | | |
| PA DEPARTMENT OF REVENUE* | 449.64 | 449.64 | 31.01 | 480.65 |
| Acct: 1385 | | | | |
| US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7752 | | | | |
| | | | | 343,892.64 |
| **Priority** | | | | |
| JOHN C MELARAGNO ESQ | 3,353.00 | 3,353.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VAUGHN L. RAUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MELARAGNO & PLACIDI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN C MELARAGNO ESQ | 5,705.93 | 5,705.93 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-18 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1385 | | | | |
| PA DEPARTMENT OF REVENUE* | 20,294.20 | 20,294.20 | 0.00 | 20,294.20 |
| Acct: 1385 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTR | 1,267.97 | 1,267.97 | 0.00 | 1,267.97 |
| Acct: 4039 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTR | 2,372.53 | 2,372.53 | 0.00 | 2,372.53 |
| Acct: 4039 | | | | |
| WASHINGTON TOWNSHIP SEWER AUTH | 382.17 | 382.17 | 0.00 | 382.17 |
| Acct: 0100 | | | | |
| WASHINGTON TOWNSHIP SEWER AUTH | 1,053.34 | 1,053.34 | 0.00 | 1,053.34 |
| Acct: 0200 | | | | |
| WASHINGTON TOWNSHIP SEWER AUTH | 1,493.72 | 1,493.72 | 0.00 | 1,493.72 |
| Acct: 4000 | | | | |
| | | | | 26,863.93 |
| **Unsecured** | | | | |
| DISCOVER BANK(*) | 6,026.95 | 52.88 | 0.00 | 52.88 |
| Acct: 9218 | | | | |
| ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1890 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1008 | | | | |
| AMERICAN INFOSOURCE LP O/B/O MIDL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0683 | | | | |
| ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0114 | | | | |
| BL WHOLESALE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3100 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 2,631.56 | 23.09 | 0.00 | 23.09 |
| Acct: 5430 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0508 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5547 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| BLUESTONE INVESTMENTS INC | 335.84 | 2.95 | 0.00 | 2.95 |
| Acct: 2518 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3025 | | | | |
| CARTER LUMBER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0979 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7213 | | | | |
| AMERICAN INFOSOURCE LP O/B/O MIDL | 5,484.75 | 48.12 | 0.00 | 48.12 |
| Acct: 5631 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4521 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8660 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7350 | | | | |
| FFS INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 91N1 | | | | |
| PENELEC/FIRST ENERGY** | 2,205.44 | 19.34 | 0.00 | 19.34 |
| Acct: 4161 | | | | |
| FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6588 | | | | |
| FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4109 | | | | |
| HUNTINGTON BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9094 | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XA81 | | | | |
| NATIONAL ACTION FIN SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2313 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 888.02 | 7.79 | 0.00 | 7.79 |
| Acct: 2388 | | | | |
| NATIONAL FUEL GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2254 | | | | |
| NATIONAL FUEL GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3947 | | | | |
| NATIONAL FUEL GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3359 | | | | |
| NATIONAL FUEL GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6060 | | | | |
| NORTHWEST PHYSICIANS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1542 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5738 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8693 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 10,470.74 | 91.85 | 0.00 | 91.85 |
| Acct: 4809 | | | | |
| SELECT PORTFOLIO SVCG INC/FKA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0481 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4521 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8660 | | | | |
| PA DEPARTMENT OF REVENUE* | 4,574.58 | 40.13 | 0.00 | 40.13 |
| Acct: 1385 | | | | |
| INTERNAL REVENUE SERVICE* | 318.25 | 2.79 | 0.00 | 2.79 |
| Acct: 1385 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8915 | | | | |

14-10917 TPA  Page 4 of 4

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     KENYA BATES ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | 288.94 |

TOTAL PAID TO CREDITORS      371,045.51

TOTAL
CLAIMED      26,863.93
PRIORITY    127,656.90
SECURED      32,936.13

Date: 09/24/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    VAUGHN L. RAUP
    KIMBERLEY S. RAUP
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:14-10917 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-10917-TPA
Vaughn L. Raup                                                          Chapter 13
Kimberley S. Raup
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 4          Date Rcvd: Sep 26, 2019
                              Form ID: pdf900         Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
```
db/jdb       +Vaughn L. Raup,    Kimberley S. Raup,   5435 Louise Ave,   Edinboro, PA 16412-1440
r            +Mark Hutchison,    Coldwell Banker Select Realtors,   413 West Plum Street,   Suite A,
               Edinboro, PA 16412-2175
cr           +U.S. Bank National Association, as trustee, in tru,   c/o Matthew Christian Waldt, Esq.,
               Milstead & Associates, LLC,   1 East Stow Road,   Marlton, NJ 08053-3118
13927734     +ABC-Amega, Inc.,   500 Seneca Street, Ste. 400,   Buffalo, NY 14204-1963
13927740     +ARM, now Radius Global Solutions, LLC,   7831 Glenroy Road, Ste. 250,   Edina, MN 55439-3117
13927736     #+Allied Interstate,   7525 W. Campus Rd.,   New Albany, OH 43054-1121
13909886     +American Express Bank,   4315 South 2700 West,   Salt Lake City, UT 84184-0002
13927739     +Apothaker & Associates, P.C.,   520 Fellowship Road C306,   Mount Laurel, NJ 08054-3410
13927744     +B&L Wholesale Supply, Inc.,   70 Hartford Street,   Rochester, NY 14605-2597
13909890    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bk Of Amer,   Po Box 982236,   El Paso, TX 79998)
13927746    ++BONDED COLLECTION CORPORATION,   PO BOX 2248,   NORCROSS GA 30091-2248
             (address filed with court:  Bonded Collection Corporation,   29 East Madison Street,
               Suite 1650,   Chicago, IL 60602-4427)
13909888     +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
13909889     +Bank Of America, N.a.,   201 N Tryon St,   Charlotte, NC 28202-1331
13927745     +Bluestone Investments, Inc.,   c/o Amato and Lessa, P.C.,   107 N. Commerce Way,
               Bethlehem, PA 18017-8913
13927747     +Brooke Lyle,   305 Shelhamer Circle,   Edinboro, PA 16412-2389
13927748     +CBCS,   PO Box 551149,   Jacksonville, FL 32255-1149
13909896     +COMMERCIAL ACCEPTANCE,   2 W MAIN ST,   SHIREMANSTOWN, PA 17011-6326
13909897      CREDIT COLL,   3550 E Rosser Av,   PO Box 778,   Bismarck, ND 58502-0778
13909898    ++CREDIT PROTECTION ASSOCIATION LP,   PARKWAY CENTER V,   2500 DALLAS PARKWAY SUTIE 500,
               PLANO TX 75093-4805
             (address filed with court:  CREDIT PROTECTION ASSO,   13355 NOEL RD STE 2100,
               DALLAS, TX 75240)
13909892     +Carter Lumber Diy /,   4710 Buffalo Road,   Erie, PA 16510-2298
13927749     +Chase Bank U.S.A. N.A.,   P.O. Box 15298,   Wilmington, DE 19850-5298
13909895     +Citibank South Dakota,   PO Box 6500,   Sioux Falls, SD 57117-6500
13927750     +Clara Strong,   5475 Woodlawn Drive,   Edinboro, PA 16412-1225
13927751     +Client Services, Inc.,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
13927755    ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:  Direct TV,   P.O. Box 6550,   Englewood, CO 80155)
13909900     +DIVERSIFIED ADJUSTMENT,   600 COON RAPIDS BLVD NW,   COON RAPIDS, MN 55433-5549
13927753     +Dahlie Tedesco,   5455 Louise Ave,   Edinboro, PA 16412-1440
13983458     +Deutsche Bank National Trust Company, as,   Trustee,   c/o Select Portfolio Servicing, Inc.,
               3815 South West Temple,   Salt Lake City, UT 84115-4412
13927757     +Erie County Tax Claim Bureau,   140 West 6th Street,   Room 110,   Erie, PA 16501-1073
13927758    ++FARMERS FINANCIAL SERVICES INC,   5922 CURZON AVE,   FORT WORTH TX 76107-5012
             (address filed with court:  Farmers Financial Services,Inc,   2905 Lackland Suite A,
               Fort Worth, TX 76116)
13909901      FFS Inc,   5922 Curzon Ave.,   Fort Worth, TX 76107-5012
13909902     +Firstenergy,   5404 Evans Road,   Erie, PA 16509-3680
13927760     +Fristsource Advantage, LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
13927765     +Jane Kucharik,   5450 Linden Ave,   Edinboro, PA 16412-1437
13909904     +LTD Financial Services, LP,   3200 Wilcrest Dr., Ste. 600,   Houston, TX 77042-6000
13927767     #+Larry & Mary Grigsby,   5448 Linden Ave,   Edinboro, PA 16412-1437
13927772     +MRS Associates,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
13927769      Mercantile Adjustment Bureau,   P.O. Box 9016,   Williamsville, NY 14231-9016
13909905     +Mercer County State Ba,   Po Box 38,   Sandy Lake, PA 16145-0038
13927773     +National Action Financial Srv,   165 Lawrence Bell Drive,   Suite 100,   Buffalo, NY 14221-7900
13909908     +Northwest Physician,   1304 S. Fawcett Ave,   Suite 200,   Tacoma, WA 98402-1911
13959660     +Penelec A FirstEnergy Company,   First Energy Corp,   101 Crawford Corners Rd.,
               Holmdel, NJ 07733-1976
13927777     +Phelan Hallinan & Schmieg, LLP,   1617 JFK Blvd, Suite 1400,   One Penn Center Plazza,
               Philadelphia, PA 19103-1823
13909885      Phelan Hallinan, LLP,   Suite 1400,   Philadelphia, PA 19103
13909910     +Pnc Bank, N.a.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13909912     +Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
13927780     +Stephen Grib and Mildred S. Grib,   1301 Village Green Drive,   Hixson, TN 37343-3069
13909914     +Strategic Recovery Group,   6606 Lyndon B Johnson Fwy,   Dallas, TX 75240-6533
13909915     +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13927783     +Township of Washington,   12591 Draketown Rd,   Edinboro, PA 16412-1172
13927782     +Township of Washington,   c/o Paul F. Burroughs, Solicit,   2222 West Grandview Blvd,
               Erie, PA 16506-4508
13909917     +U.S. Bank NA,   c/o Matthew Christian Waldt, Esq.,   Milstead & Associates, LLC,
               1 East Stow Rd.,   Marlton, NJ 08053-3118
14025247     +U.S. Bank National Association, as Trustee, in Tru,   3815 South West Temple,
               Salt Lake City, UT 84115-4412
13927784      Weltman, Weinberg & Reis Co.,   436 Seventh Avenue, Suite 2500,   Pittsburgh, PA 15219-1842
```

```
District/off: 0315-1          User: vson                   Page 2 of 4                   Date Rcvd: Sep 26, 2019
                              Form ID: pdf900              Total Noticed: 93


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2019 03:02:28
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                Miami, FL  33131-1605
13927741       E-mail/Text: legal@arsnational.com Sep 27 2019 02:45:47     ARS National Services, Inc.,
                P.O. Box 463023,    Escondido, CA  92046-3023
13909887      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 27 2019 02:46:15      ASSET ACCEPTANCE LLC,
                PO BOX 1630,    WARREN, MI 48090-1630
13927742      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 27 2019 02:46:15      ASSET ACCEPTANCE LLC,
                PO BOX 2036,    WARREN, MI 48090-2036
13927735      +E-mail/Text: ebn@ltdfin.com Sep 27 2019 02:45:47     Advantage Assets II, Inc,
                7322 Southwest Frwy,    Suite 1600,    Houston, TX 77074-2134
13927737       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2019 03:02:53      American InfoSource LP,
                Agent for Midland Funding LLC,    P.O. Box 268941,    Oklahoma City, OK  73126-8941
13934101       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2019 03:02:53
                American InfoSource LP as agent for,     Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13922579      +E-mail/Text: bnc@atlasacq.com Sep 27 2019 02:45:36     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
13909891       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2019 03:01:26      Cap One,
                Po Box 85520,    Richmond, VA  23285
13909894      +E-mail/Text: compliance@contractcallers.com Sep 27 2019 02:47:11      CCI,   501 Greene Street,
                3rd Floor, Suite 302,    Augusta, GA 30901-4415
14709669      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 27 2019 02:47:09     COMMONWEALTH OF PA  UCTS,
                DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
                HARRISBURG, PA 17121-0751
13909893      +E-mail/Text: bankruptcy@cavps.com Sep 27 2019 02:46:45     Cavalry Portfolio Se,
                500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
13911635      +E-mail/Text: bankruptcy@cavps.com Sep 27 2019 02:46:45     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13927752      +E-mail/Text: rkiser@co.crawford.pa.us Sep 27 2019 02:46:34      Crawford County Tax Claim Bureau,
                903 Diamond Park,    Meadville, PA 16335-2694
13912428      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 27 2019 02:47:10
                Department of Labor and Industry - UCTS,    Commonwealth of Pennsylvania,   Attn: Joseph Kots,
                625 Cherry St  Room 203,    Reading, PA 19602-1152
13927754      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 27 2019 02:47:10
                Dept. of Labor and Industry,    Joseph Kots,   625 Cherry St., Rm 203,    Reading, PA 19602-1152
13927756       E-mail/Text: mrdiscen@discover.com Sep 27 2019 02:45:35     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13909899      +E-mail/Text: mrdiscen@discover.com Sep 27 2019 02:45:35     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13927762       E-mail/Text: fshipman@hsfinancialgroup.net Sep 27 2019 02:45:32      HS Financial Group LLC,
                P.O. Box 451193,    Westlake, OH  44145
13927763       E-mail/Text: bankruptcy@huntington.com Sep 27 2019 02:46:19      Huntington Bank,
                P.O. Box 182387,    Columbus, OH  43218-2387
13909903      +E-mail/Text: bankruptcy@huntington.com Sep 27 2019 02:46:20      Huntington Mortgage Co,
                7 Easton Oval,    Columbus, OH 43219-6060
13918713      +E-mail/Text: bankruptcy@huntington.com Sep 27 2019 02:46:20      Huntington National Bank,
                P O Box 89424,    Cleveland OH 44101-6424
13927764       E-mail/Text: cio.bncmail@irs.gov Sep 27 2019 02:45:45     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA  19101-7346
13927766      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 27 2019 02:46:38
                Key Bank National Association,    127 Public Square,   Cleveland, OH 44114-1226
13979357       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 03:00:49
                LVNV Funding, LLC its successors and assigns as,     assignee of Citibank (South Dakota),,
                N.A.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13927768      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2019 02:46:21      MCM,   8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
13927771      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2019 02:46:21      Midland Credit Management, Inc,
                3111 Camino Del Rio N. #1300,    San Diego, CA 92108-5750
13909907      +E-mail/Text: egssupportservices@alorica.com Sep 27 2019 02:46:36      NCO FINANCIAL SYSTEMS INC,
                507 Prudential Road,    Horsham, PA 19044-2308
13909906      +E-mail/Text: Bankruptcy@natfuel.com Sep 27 2019 02:46:22      National Fuel,   1100 State Street,
                PO Box 2081,    Erie, PA 16512-2081
13927775      +E-mail/Text: bncmail@w-legal.com Sep 27 2019 02:46:48     Oak Harbor Capital VII, LLC,
                C/O Weinstein and Riley, PS,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13909909      +Fax: 407-737-5634 Sep 27 2019 03:11:54     Ocwen Loan Servicing L,
                1661 Worthington Rd., Ste. 100,    West Palm Beach, FL 33409-6493
13927776       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 02:46:13     PA Dept. of Revenue,
                Dept. 280946,    Harrisburg, PA  17128-0946
13909911       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2019 03:01:32      PORTFOLIO RC,
                120 Corporate Boulevard,    Norfolk, VA 23502
13927778       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2019 03:01:32
                Portfolio Recovery Associates,    120 Corporate Blvd,   Norfolk, VA  23502
13928973       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 02:46:14
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
```

```
District/off: 0315-1           User: vson                   Page 3 of 4                   Date Rcvd: Sep 26, 2019
                               Form ID: pdf900              Total Noticed: 93
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13927779         E-mail/Text: bk@revenuegroup.com Sep 27 2019 02:46:53      Revenue Group,   P.O. Box 93983,
                  Cleveland, OH 44101-5983
13986359         E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2019 03:02:27
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13909913        +E-mail/Text: jennifer.chacon@spservicing.com Sep 27 2019 02:47:12      Select Portfolio Svcin,
                  Po Box 65250,   Salt Lake City, UT 84165-0250
13909916        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 27 2019 02:46:21      U. S. Trustee's Office,
                  1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 39

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Deutsche Bank National Trust Company, as Trustee,
cr               Deutsche Bank National Trust Company, as Trustee,
cr               Huntington National Bank
cr               PA Dept of Revenue
cr               The Huntington National Bank
cr               U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR CORPOR
cr               U.S. Bank National Association, Et al.
cr               Washington Township
cr*             +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
13927738*        American InfoSource, LP,    Agent for Midland Funding, LLC,   P.O. Box 268941,
                  Oklahoma City, OK   73126-8941
13927743*       +Atlas Acquisitions LLC,    294 Union  St.,   Hackensack, NJ 07601-4303
13927774*       +Northwest Physician,   1304 S. Fawcett Ave.,   Suite 200,   Tacoma, WA 98402-1911
13927781*       +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13927759        ##+Ferrey & Nicholas, Inc.,    Huntingdon Place Office Bld,   One Braddock Rd, 2nd Floor,
                  Mount Pleasant, PA 15666-1458
13927761        ##+Holly Lane,   5435 Louise Ave,   Edinboro, PA 16412-1440
13927770        ##+Michelle Williams,   5452 Linden Ave,   Edinboro, PA 16412-1437
                                                                                              TOTALS: 8, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, Et al.
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as trustee, in trust
               for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-4
               bkgroup@kmllawgroup.com
```

```
District/off: 0315-1           User: vson                  Page 4 of 4                  Date Rcvd: Sep 26, 2019
                               Form ID: pdf900             Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          James P. Valecko    on behalf of Creditor    Huntington National Bank jvalecko@weltman.com,
           PitEcf@weltman.com
          Jennifer M. Irvin    on behalf of Creditor    CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov,
           jeirvin@pa.gov
          John C. Melaragno, Esquire    on behalf of Debtor Vaughn L. Raup johnm@mplegal.com,
           katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
          John C. Melaragno, Esquire    on behalf of Joint Debtor Kimberley S. Raup johnm@mplegal.com,
           katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
          KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
           behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
           Pass-Through Certificates, Series 2007-CH3 kab@jsdc.com,    jnr@jsdc.com;eaf@jsdc.com
          Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Kenya Deneen Bates    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR
           CORPORATE TRUSTEE TO WACHOVIA BANK, N.A. AS AFORESAID AND NOT INDIVIDUALLY pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, Et al. pawb@fedphe.com
          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as trustee, in
           trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series
           2003-4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
           Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset
           Backed Pass-Through Certificates, Series 2007-CH3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Michael S. Jan Janin    on behalf of Creditor    Washington Township mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           trayer@quinnfirm.com;gbebko@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 18
```