**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Vaughn L. Raup** | Social Security number or ITIN **xxx–xx–1385** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kimberley S. Raup** | Social Security number or ITIN **xxx–xx–6549** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **14–10917–TPA**

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vaughn L. Raup
dba Raup Fisheries

Kimberley S. Raup
aka Kimberley Ann Raup, aka Kimberly S. Raup

11/15/19

**By the court:**    Thomas P. Agresti
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 14-10917-TPA
Vaughn L. Raup                                                     Chapter 13
Kimberley S. Raup
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-1          User: culy                  Page 1 of 4                   Date Rcvd: Nov 15, 2019
                              Form ID: 3180W              Total Noticed: 94


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db/jdb         +Vaughn L. Raup,    Kimberley S. Raup,    5435 Louise Ave,    Edinboro, PA 16412-1440
aty            +John C. Melaragno, Esquire,    502 W. 7th Street,    Erie, PA 16502-1333
r              +Mark Hutchison,    Coldwell Banker Select Realtors,     413 West Plum Street,   Suite A,
                 Edinboro, PA 16412-2175
cr             +U.S. Bank National Association, as trustee, in tru,    c/o Matthew Christian Waldt, Esq.,
                 Milstead & Associates, LLC,    1 East Stow Road,    Marlton, NJ 08053-3118
13927734       +ABC-Amega, Inc.,    500 Seneca Street, Ste. 400,    Buffalo, NY 14204-1963
13927740       +ARM, now Radius Global Solutions, LLC,    7831 Glenroy Road, Ste. 250,    Edina, MN 55439-3117
13927736       #+Allied Interstate,    7525 W. Campus Rd.,    New Albany, OH 43054-1121
13927739       +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13927744       +B&L Wholesale Supply, Inc.,    70 Hartford Street,    Rochester, NY 14605-2597
13927746      ++BONDED COLLECTION CORPORATION,    PO Box 2248,    NORCROSS GA 30091-2248
               (address filed with court: Bonded Collection Corporation,     29 East Madison Street,
                 Suite 1650,   Chicago, IL 60602-4427)
13927745       +Bluestone Investments, Inc.,    c/o Amato and Lessa, P.C.,    107 N. Commerce Way,
                 Bethlehem, PA 18017-8913
13927747       +Brooke Lyle,    305 Shelhamer Circle,    Edinboro, PA 16412-2389
13927748       +CBCS,   PO Box 551149,    Jacksonville, FL 32255-1149
13909896       +COMMERCIAL ACCEPTANCE,    2 W MAIN ST,    SHIREMANSTOWN, PA 17011-6326
13909897        CREDIT COLL,    3550 E Rosser Av,    PO Box 778,    Bismarck, ND 58502-0778
13909892       +Carter Lumber Diy /,    4710 Buffalo Road,    Erie, PA 16510-2298
13927750       +Clara Strong,    5475 Woodlawn Drive,    Edinboro, PA 16412-1225
13909900       +DIVERSIFIED ADJUSTMENT,    600 COON RAPIDS BLVD NW,    COON RAPIDS, MN 55433-5549
13927753       +Dahlie Tedesco,    5455 Louise Ave,    Edinboro, PA 16412-1440
13983458       +Deutsche Bank National Trust Company, as,    Trustee,    c/o Select Portfolio Servicing, Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13927757       +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
13927758      ++FARMERS FINANCIAL SERVICES INC,    5922 CURZON AVE,    FORT WORTH TX 76107-5012
               (address filed with court: Farmers Financial Services,Inc,    2905 Lackland Suite A,
                 Fort Worth, TX 76116)
13909901        FFS Inc,    5922 Curzon Ave.,    Fort Worth, TX 76107-5012
13909902       +Firstenergy,    5404 Evans Road,    Erie, PA 16509-3680
13927760       +Fristsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
13927765       +Jane Kucharik,    5450 Linden Ave,    Edinboro, PA 16412-1437
13909904       +LTD Financial Services, LP,    3200 Wilcrest Dr., Ste. 600,    Houston, TX 77042-6000
13927772       +MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13927769        Mercantile Adjustment Bureau,    P.O. Box 9016,    Williamsville, NY 14231-9016
13909905       +Mercer County State Ba,    Po Box 38,    Sandy Lake, PA 16145-0038
13927773       +National Action Financial Srv,    165 Lawrence Bell Drive,    Suite 100,    Buffalo, NY 14221-7900
13909908       +Northwest Physician,    1304 S. Fawcett Ave,    Suite 200,    Tacoma, WA 98402-1911
13959660       +Penelec A FirstEnergy Company,    First Energy Corp,    101 Crawford Corners Rd.,
                 Holmdel, NJ 07733-1976
13927777       +Phelan Hallinan & Schmieg, LLP,    1617 JFK Blvd, Suite 1400,    One Penn Center Plazza,
                 Philadelphia, PA 19103-1823
13909885        Phelan Hallinan, LLP,    Suite 1400,    Philadelphia, PA 19103
13909910       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13927780       +Stephen Grib and Mildred S. Grib,    1301 Village Green Drive,    Hixson, TN 37343-3069
13909914       +Strategic Recovery Group,    6606 Lyndon B Johnson Fwy,    Dallas, TX 75240-6533
13927783       +Township of Washington,    12591 Draketown Rd,    Edinboro, PA 16412-1172
13927782       +Township of Washington,    c/o Paul F. Burroughs, Solicit,    2222 West Grandview Blvd,
                 Erie, PA 16506-4508
13909917       +U.S. Bank NA,    c/o Matthew Christian Waldt, Esq.,    Milstead & Associates, LLC,
                 1 East Stow Rd.,    Marlton, NJ 08053-3118
14025247       +U.S. Bank National Association, as Trustee, in Tru,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
13927784        Weltman, Weinberg & Reis Co.,    436 Seventh Avenue, Suite 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 03:25:30     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              EDI: RECOVERYCORP.COM Nov 16 2019 08:03:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
13927741        EDI: ARSN.COM Nov 16 2019 08:03:00     ARS National Services, Inc.,    P.O. Box 463023,
                 Escondido, CA 92046-3023
13909887       +EDI: ACCE.COM Nov 16 2019 08:03:00     ASSET ACCEPTANCE LLC,    PO BOX 1630,
                 WARREN, MI 48090-1630
13927742       +EDI: ACCE.COM Nov 16 2019 08:03:00     ASSET ACCEPTANCE LLC,    PO BOX 2036,
                 WARREN, MI 48090-2036
13927735       +EDI: LTDFINANCIAL.COM Nov 16 2019 08:03:00      Advantage Assets II, Inc,    7322 Southwest Frwy,
                 Suite 1600,    Houston, TX 77074-2134
13909886       +EDI: AMEREXPR.COM Nov 16 2019 08:03:00     American Express Bank,    4315 South 2700 West,
                 Salt Lake City, UT 84184-0002
```

```
District/off: 0315-1                  User: culy                    Page 2 of 4                   Date Rcvd: Nov 15, 2019
                                      Form ID: 3180W                Total Noticed: 94


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13927737       EDI: AIS.COM Nov 16 2019 08:03:00      American InfoSource LP,    Agent for Midland Funding LLC,
                 P.O. Box 268941,    Oklahoma City, OK  73126-8941
13934101       EDI: AIS.COM Nov 16 2019 08:03:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13922579      +EDI: ATLASACQU.COM Nov 16 2019 08:03:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13909890       EDI: BANKAMER.COM Nov 16 2019 08:03:00      Bk Of Amer,    Po Box 982236,    El Paso, TX  79998
13909888      +EDI: BANKAMER2.COM Nov 16 2019 08:03:00      Bank Of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
13909889      +EDI: BANKAMER2.COM Nov 16 2019 08:03:00      Bank Of America, N.a.,    201 N Tryon St,
                 Charlotte, NC 28202-1331
13909891       EDI: CAPITALONE.COM Nov 16 2019 08:03:00      Cap One,    Po Box 85520,    Richmond, VA  23285
13909894      +E-mail/Text: compliance@contractcallers.com Nov 16 2019 03:26:36      CCI,    501 Greene Street,
                 3rd Floor, Suite 302,    Augusta, GA 30901-4415
14709669      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 16 2019 03:26:33      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
13909898      +EDI: CREDPROT.COM Nov 16 2019 08:03:00      CREDIT PROTECTION ASSO,    13355 NOEL RD STE 2100,
                 DALLAS, TX  75240
13909893      +E-mail/Text: bankruptcy@cavps.com Nov 16 2019 03:25:59      Cavalry Portfolio Se,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
13911635      +E-mail/Text: bankruptcy@cavps.com Nov 16 2019 03:25:59      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13927749      +EDI: CHASE.COM Nov 16 2019 08:03:00      Chase Bank U.S.A. N.A.,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
13909895      +EDI: CITICORP.COM Nov 16 2019 08:03:00      Citibank South Dakota,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
13927751      +E-mail/Text: mediamanagers@clientservices.com Nov 16 2019 03:24:58      Client Services, Inc.,
                 3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
13927752      +E-mail/Text: rkiser@co.crawford.pa.us Nov 16 2019 03:25:52      Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
13927755       EDI: DIRECTV.COM Nov 16 2019 08:03:00      Direct TV,    P.O. Box 6550,    Englewood, CO  80155
13912428      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 16 2019 03:26:33
                 Department of Labor and Industry - UCTS,    Commonwealth of Pennsylvania,    Attn: Joseph Kots,
                 625 Cherry St  Room 203,    Reading, PA 19602-1152
13927754      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 16 2019 03:26:33
                 Dept. of Labor and Industry,    Joseph Kots,    625 Cherry St., Rm 203,    Reading, PA 19602-1152
13927756       EDI: DISCOVER.COM Nov 16 2019 08:03:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13909899      +EDI: DISCOVER.COM Nov 16 2019 08:03:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
13927762       E-mail/Text: fshipman@hsfinancialgroup.net Nov 16 2019 03:24:55      HS Financial Group LLC,
                 P.O. Box 451193,    Westlake, OH  44145
13927763       E-mail/Text: bankruptcy@huntington.com Nov 16 2019 03:25:36      Huntington Bank,
                 P.O. Box 182387,    Columbus, OH  43218-2387
13909903      +E-mail/Text: bankruptcy@huntington.com Nov 16 2019 03:25:36      Huntington Mortgage Co,
                 7 Easton Oval,    Columbus, OH 43219-6060
13918713      +E-mail/Text: bankruptcy@huntington.com Nov 16 2019 03:25:36      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
13927764       EDI: IRS.COM Nov 16 2019 08:03:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA  19101-7346
13927766      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 16 2019 03:25:54
                 Key Bank National Association,    127 Public Square,    Cleveland, OH 44114-1226
13979357       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 03:31:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13927768      +EDI: MID8.COM Nov 16 2019 08:03:00      MCM,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
13927771      +EDI: MID8.COM Nov 16 2019 08:03:00      Midland Credit Management, Inc,
                 3111 Camino Del Rio N. #1300,    San Diego, CA 92108-5750
13909907      +E-mail/Text: egssupportservices@alorica.com Nov 16 2019 03:25:53      NCO FINANCIAL SYSTEMS INC,
                 507 Prudential Road,    Horsham, PA 19044-2308
13909906      +E-mail/Text: Bankruptcy@natfuel.com Nov 16 2019 03:25:39      National Fuel,    1100 State Street,
                 PO Box 2081,    Erie, PA 16512-2081
13927775      +EDI: OPHSUBSID.COM Nov 16 2019 08:03:00      Oak Harbor Capital VII, LLC,
                 C/O Weinstein and Riley, PS,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13909909      +Fax: 407-737-5634 Nov 16 2019 03:51:38      Ocwen Loan Servicing L,
                 1661 Worthington Rd., Ste. 100,    West Palm Beach, FL 33409-6493
13927776       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 03:25:30      PA Dept. of Revenue,
                 Dept. 280946,    Harrisburg, PA  17128-0946
13909911       EDI: PRA.COM Nov 16 2019 08:03:00      PORTFOLIO RC,    120 Corporate Boulevard,
                 Norfolk, VA 23502
13927778       EDI: PRA.COM Nov 16 2019 08:03:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                 Norfolk, VA  23502
13928973       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 03:25:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
```

```
District/off: 0315-1           User: culy              Page 3 of 4              Date Rcvd: Nov 15, 2019
                               Form ID: 3180W          Total Noticed: 94

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13927779         E-mail/Text: bk@revenuegroup.com Nov 16 2019 03:26:12      Revenue Group,    P.O. Box 93983,
                 Cleveland, OH 44101-5983
13986359         EDI: RECOVERYCORP.COM Nov 16 2019 08:03:00       Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13909912        +EDI: SEARS.COM Nov 16 2019 08:03:00       Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13909913        +E-mail/Text: jennifer.chacon@spservicing.com Nov 16 2019 03:26:37         Select Portfolio Svcin,
                 Po Box 65250,    Salt Lake City, UT 84165-0250
13909915        +EDI: CITICORP.COM Nov 16 2019 08:03:00       Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
13909916        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 16 2019 03:25:38         U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                               TOTAL: 51

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Deutsche Bank National Trust Company, as Trustee,
cr               Deutsche Bank National Trust Company, as Trustee,
cr               Huntington National Bank
cr               PA Dept of Revenue
cr               The Huntington National Bank
cr               U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR CORPOR
cr               U.S. Bank National Association, Et al.
cr               Washington Township
cr*             +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13927738*        American InfoSource, LP,   Agent for Midland Funding, LLC,     P.O. Box 268941,
                 Oklahoma City, OK 73126-8941
13927743*       +Atlas Acquisitions LLC,    294 Union  St.,    Hackensack, NJ 07601-4303
13927774*       +Northwest Physician,    1304 S. Fawcett Ave.,    Suite 200,    Tacoma, WA 98402-1911
13927781*       +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13927759       ##+Ferrey & Nicholas, Inc.,    Huntingdon Place Office Bld,    One Braddock Rd, 2nd Floor,
                 Mount Pleasant, PA 15666-1458
13927761       ##+Holly Lane,    5435 Louise Ave,    Edinboro, PA 16412-1440
13927767       ##+Larry & Mary Grigsby,    5448 Linden Ave,    Edinboro, PA 16412-1437
13927770       ##+Michelle Williams,    5452 Linden Ave,    Edinboro, PA 16412-1437
                                                                                   TOTALS: 8, * 5, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Andrew M. Lubin     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
               Pass-Through Certificates, Series 2007-CH3 alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              Ann E. Swartz    on behalf of Creditor    Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
```

```
District/off: 0315-1          User: culy              Page 4 of 4            Date Rcvd: Nov 15, 2019
                              Form ID: 3180W          Total Noticed: 94
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         James   Warmbrodt     on behalf of Creditor    U.S. Bank National Association, Et al. bkgroup@kmllawgroup.com
         James   Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-4 bkgroup@kmllawgroup.com
         James P. Valecko    on behalf of Creditor    Huntington National Bank jvalecko@weltman.com, PitEcf@weltman.com
         Jennifer M. Irvin    on behalf of Creditor    CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov
         John C. Melaragno, Esquire    on behalf of Debtor Vaughn L. Raup johnm@mplegal.com, katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
         John C. Melaragno, Esquire    on behalf of Joint Debtor Kimberley S. Raup johnm@mplegal.com, katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
         KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 kab@jsdc.com,   jnr@jsdc.com;eaf@jsdc.com
         Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
         Kenya Deneen Bates    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR CORPORATE TRUSTEE TO WACHOVIA BANK, N.A. AS AFORESAID AND NOT INDIVIDUALLY pawb@fedphe.com
         Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, Et al. pawb@fedphe.com
         Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-4 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
         Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
         Michael S. Jan Janin    on behalf of Creditor    Washington Township mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                          TOTAL: 19