FILED
11/15/19 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    VAUGHN L. RAUP
    KIMBERLEY S. RAUP
         Debtor(s)

    Ronda J. Winnecour
         Movant
         vs.
    No Repondents.

Case No.:14-10917 TPA

Chapter 13 Document

No.: 237

ORDER OF COURT

    AND NOW, this _____15th_____ day of _____November_____, 20 19 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-10917-TPA
Vaughn L. Raup                                                  Chapter 13
Kimberley S. Raup
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy          Page 1 of 4          Date Rcvd: Nov 15, 2019
                             Form ID: pdf900      Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.

| | | |
|---|---|---|
| db/jdb | +Vaughn L. Raup,   Kimberley S. Raup,   5435 Louise Ave,   Edinboro, PA 16412-1440 | |
| r | +Mark Hutchison,   Coldwell Banker Select Realtors,   413 West Plum Street,   Suite A,   Edinboro, PA 16412-2175 | |
| cr | +U.S. Bank National Association, as trustee, in tru,   c/o Matthew Christian Waldt, Esq.,   Milstead & Associates, LLC,   1 East Stow Road,   Marlton, NJ 08053-3118 | |
| 13927734 | +ABC-Amega, Inc.,   500 Seneca Street, Ste. 400,   Buffalo, NY 14204-1963 | |
| 13927740 | +ARM, now Radius Global Solutions, LLC,   7831 Glenroy Road, Ste. 250,   Edina, MN 55439-3117 | |
| 13927736 | #+Allied Interstate,   7525 W. Campus Rd.,   New Albany, OH 43054-1121 | |
| 13909886 | +American Express Bank,   4315 South 2700 West,   Salt Lake City, UT 84184-0002 | |
| 13927739 | +Apothaker & Associates, P.C.,   520 Fellowship Road C306,   Mount Laurel, NJ 08054-3410 | |
| 13927744 | +B&L Wholesale Supply, Inc.,   70 Hartford Street,   Rochester, NY 14605-2597 | |
| 13909890 | ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238 | |
| | (address filed with court:  Bk Of Amer,   Po Box 982236,   El Paso, TX  79998) | |
| 13927746 | ++BONDED COLLECTION CORPORATION,   PO BOX 2248,   NORCROSS GA 30091-2248 | |
| | (address filed with court: Bonded Collection Corporation,   29 East Madison Street,   Suite 1650,   Chicago, IL  60602-4427) | |
| 13909888 | +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054 | |
| 13909889 | +Bank Of America, N.a.,   201 N Tryon St,   Charlotte, NC 28202-1331 | |
| 13927745 | +Bluestone Investments, Inc.,   c/o Amato and Lessa, P.C.,   107 N. Commerce Way,   Bethlehem, PA 18017-8913 | |
| 13927747 | +Brooke Lyle,   305 Shelhamer Circle,   Edinboro, PA 16412-2389 | |
| 13927748 | +CBCS,   PO Box 551149,   Jacksonville, FL 32255-1149 | |
| 13909896 | +COMMERCIAL ACCEPTANCE,   2 W MAIN ST,   SHIREMANSTOWN, PA 17011-6326 | |
| 13909897 | CREDIT COLL,   3550 E Rosser Av,   PO Box 778,   Bismarck, ND  58502-0778 | |
| 13909898 | ++CREDIT PROTECTION ASSOCIATION LP,   PARKWAY CENTER V,   2500 DALLAS PARKWAY SUTIE 500,   PLANO TX 75093-4805 | |
| | (address filed with court: CREDIT PROTECTION ASSO,   13355 NOEL RD STE 2100,   DALLAS, TX  75240) | |
| 13909892 | +Carter Lumber Diy /,   4710 Buffalo Road,   Erie, PA 16510-2298 | |
| 13927749 | +Chase Bank U.S.A. N.A.,   P.O. Box 15298,   Wilmington, DE 19850-5298 | |
| 13909895 | +Citibank South Dakota,   PO Box 6500,   Sioux Falls, SD 57117-6500 | |
| 13927750 | +Clara Strong,   5475 Woodlawn Drive,   Edinboro, PA 16412-1225 | |
| 13927755 | ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550 | |
| | (address filed with court: Direct TV,   P.O. Box 6550,   Englewood, CO  80155) | |
| 13909900 | +DIVERSIFIED ADJUSTMENT,   600 COON RAPIDS BLVD NW,   COON RAPIDS, MN 55433-5549 | |
| 13927753 | +Dahlie Tedesco,   5455 Louise Ave,   Edinboro, PA 16412-1440 | |
| 13983458 | +Deutsche Bank National Trust Company, as,   Trustee,   c/o Select Portfolio Servicing, Inc.,   3815 South West Temple,   Salt Lake City, UT 84115-4412 | |
| 13927757 | +Erie County Tax Claim Bureau,   140 West 6th Street,   Room 110,   Erie, PA 16501-1073 | |
| 13927758 | ++FARMERS FINANCIAL SERVICES INC,   5922 CURZON AVE,   FORT WORTH TX 76107-5012 | |
| | (address filed with court: Farmers Financial Services,Inc,   2905 Lackland Suite A,   Fort Worth, TX  76116) | |
| 13909901 | FFS Inc,   5922 Curzon Ave.,   Fort Worth, TX  76107-5012 | |
| 13909902 | +Firstenergy,   5404 Evans Road,   Erie, PA 16509-3680 | |
| 13927760 | +Fristsource Advantage, LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609 | |
| 13927765 | +Jane Kucharik,   5450 Linden Ave,   Edinboro, PA 16412-1437 | |
| 13909904 | +LTD Financial Services, LP,   3200 Wilcrest Dr., Ste. 600,   Houston, TX 77042-6000 | |
| 13927772 | +MRS Associates,   1930 Olney Ave.,   Cherry Hill, NJ 08003-2016 | |
| 13927769 | Mercantile Adjustment Bureau,   P.O. Box 9016,   Williamsville, NY  14231-9016 | |
| 13909905 | +Mercer County State Ba,   Po Box 38,   Sandy Lake, PA 16145-0038 | |
| 13927773 | +National Action Financial Srv,   165 Lawrence Bell Drive,   Suite 100,   Buffalo, NY 14221-7900 | |
| 13909908 | +Northwest Physician,   1304 S. Fawcett Ave,   Suite 200,   Tacoma, WA 98402-1911 | |
| 13959660 | +Penelec A FirstEnergy Company,   First Energy Corp,   101 Crawford Corners Rd.,   Holmdel, NJ 07733-1976 | |
| 13927777 | +Phelan Hallinan & Schmieg, LLP,   1617 JFK Blvd, Suite 1400,   One Penn Center Plazza,   Philadelphia, PA 19103-1823 | |
| 13909885 | Phelan Hallinan, LLP,   Suite 1400,   Philadelphia, PA  19103 | |
| 13909910 | +Pnc Bank, N.a.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002 | |
| 13909912 | +Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283 | |
| 13927780 | +Stephen Grib and Mildred S. Grib,   1301 Village Green Drive,   Hixson, TN 37343-3069 | |
| 13909914 | +Strategic Recovery Group,   6606 Lyndon B Johnson Fwy,   Dallas, TX 75240-6533 | |
| 13909915 | +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497 | |
| 13927783 | +Township of Washington,   12591 Draketown Rd,   Edinboro, PA 16412-1172 | |
| 13927782 | +Township of Washington,   c/o Paul F. Burroughs, Solicit,   2222 West Grandview Blvd,   Erie, PA 16506-4508 | |
| 13909917 | +U.S. Bank NA,   c/o Matthew Christian Waldt, Esq.,   Milstead & Associates, LLC,   1 East Stow Rd.,   Marlton, NJ 08053-3118 | |
| 14025247 | +U.S. Bank National Association, as Trustee, in Tru,   3815 South West Temple,   Salt Lake City, UT 84115-4412 | |
| 13927784 | Weltman, Weinberg & Reis Co.,   436 Seventh Avenue, Suite 2500,   Pittsburgh, PA  15219-1842 | |

```
District/off: 0315-1              User: culy              Page 2 of 4              Date Rcvd: Nov 15, 2019
                                  Form ID: pdf900         Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2019 03:34:08
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                Miami, FL  33131-1605
13927741        E-mail/Text: legal@arsnational.com Nov 16 2019 03:25:09      ARS National Services, Inc.,
                P.O. Box 463023,   Escondido, CA  92046-3023
13909887        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 16 2019 03:25:34      ASSET ACCEPTANCE LLC,
                PO BOX 1630,   WARREN, MI 48090-1630
13927742        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 16 2019 03:25:34      ASSET ACCEPTANCE LLC,
                PO BOX 2036,   WARREN, MI 48090-2036
13927735        +E-mail/Text: ebn@ltdfin.com Nov 16 2019 03:25:09      Advantage Assets II, Inc,
                7322 Southwest Frwy,   Suite 1600,   Houston, TX 77074-2134
13927737        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 03:34:15      American InfoSource LP,
                Agent for Midland Funding LLC,   P.O. Box 268941,   Oklahoma City, OK  73126-8941
13934101        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 03:33:06
                American InfoSource LP as agent for,  Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK  73126-8941
13922579        +E-mail/Text: bnc@atlasacq.com Nov 16 2019 03:25:00      Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
13909891        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 03:45:22      Cap One,
                Po Box 85520,   Richmond, VA  23285
13909894        +E-mail/Text: compliance@contractcallers.com Nov 16 2019 03:26:36      CCI,   501 Greene Street,
                3rd Floor, Suite 302,   Augusta, GA 30901-4415
14709669        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 16 2019 03:26:34      COMMONWEALTH OF PA  UCTS,
                DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
                HARRISBURG, PA 17121-0751
13909893        +E-mail/Text: bankruptcy@cavps.com Nov 16 2019 03:26:00      Cavalry Portfolio Se,
                500 Summit Lake Drive, Suite 400,   Valhalla, NY 10595-2322
13911635        +E-mail/Text: bankruptcy@cavps.com Nov 16 2019 03:26:00      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13927751        +E-mail/Text: mediamanagers@clientservices.com Nov 16 2019 03:24:59      Client Services, Inc.,
                3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
13927752        +E-mail/Text: rkiser@co.crawford.pa.us Nov 16 2019 03:25:52      Crawford County Tax Claim Bureau,
                903 Diamond Park,   Meadville, PA 16335-2694
13927755        E-mail/Text: G06041@att.com Nov 16 2019 03:26:05      Direct TV,   P.O. Box 6550,
                Englewood, CO  80155
13912428        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 16 2019 03:26:34
                Department of Labor and Industry - UCTS,   Commonwealth of Pennsylvania,   Attn: Joseph Kots,
                625 Cherry St Room 203,   Reading, PA 19602-1152
13927754        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 16 2019 03:26:34
                Dept. of Labor and Industry,   Joseph Kots,   625 Cherry St., Rm 203,   Reading, PA 19602-1152
13927756        E-mail/Text: mrdiscen@discover.com Nov 16 2019 03:24:59      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13909899        +E-mail/Text: mrdiscen@discover.com Nov 16 2019 03:24:59      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
13927762        E-mail/Text: fshipman@hsfinancialgroup.net Nov 16 2019 03:24:55      HS Financial Group LLC,
                P.O. Box 451193,   Westlake, OH  44145
13927763        E-mail/Text: bankruptcy@huntington.com Nov 16 2019 03:25:37      Huntington Bank,
                P.O. Box 182387,   Columbus, OH  43218-2387
13909903        +E-mail/Text: bankruptcy@huntington.com Nov 16 2019 03:25:37      Huntington Mortgage Co,
                7 Easton Oval,   Columbus, OH 43219-6060
13918713        +E-mail/Text: bankruptcy@huntington.com Nov 16 2019 03:25:37      Huntington National Bank,
                P O Box 89424,   Cleveland OH 44101-6424
13927764        E-mail/Text: cio.bncmail@irs.gov Nov 16 2019 03:25:07      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA  19101-7346
13927766        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 16 2019 03:25:54
                Key Bank National Association,   127 Public Square,   Cleveland, OH 44114-1226
13979357        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 03:33:05
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank (South Dakota),,
                N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13927768        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2019 03:25:38      MCM,   8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
13927771        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2019 03:25:38      Midland Credit Management, Inc,
                3111 Camino Del Rio N. #1300,   San Diego, CA 92108-5750
13909907        +E-mail/Text: egssupportservices@alorica.com Nov 16 2019 03:25:53      NCO FINANCIAL SYSTEMS INC,
                507 Prudential Road,   Horsham, PA 19044-2308
13909906        +E-mail/Text: Bankruptcy@natfuel.com Nov 16 2019 03:25:39      National Fuel,   1100 State Street,
                PO Box 2081,   Erie, PA 16512-2081
13927775        +E-mail/Text: bncmail@w-legal.com Nov 16 2019 03:26:06      Oak Harbor Capital VII, LLC,
                C/O Weinstein and Riley, PS,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
13909909        +Fax: 407-737-5634 Nov 16 2019 03:51:38      Ocwen Loan Servicing L,
                1661 Worthington Rd., Ste. 100,   West Palm Beach, FL 33409-6493
13927776        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 03:25:33      PA Dept. of Revenue,
                Dept. 280946,   Harrisburg, PA  17128-0946
13909911        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:32:58      PORTFOLIO RC,
                120 Corporate Boulevard,   Norfolk, VA 23502
```

District/off: 0315-1          User: culy          Page 3 of 4          Date Rcvd: Nov 15, 2019
                             Form ID: pdf900      Total Noticed: 92

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13927778         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:45:01
                 Portfolio Recovery Associates,   120 Corporate Blvd,   Norfolk, VA  23502
13928973         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 03:25:33
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13927779         E-mail/Text: bk@revenuegroup.com Nov 16 2019 03:26:13      Revenue Group,   P.O. Box 93983,
                 Cleveland, OH  44101-5983
13986359         E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2019 03:34:07
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13909913        +E-mail/Text: jennifer.chacon@spservicing.com Nov 16 2019 03:26:37      Select Portfolio Svcin,
                 Po Box 65250,   Salt Lake City, UT 84165-0250
13909916        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 16 2019 03:25:38      U. S. Trustee's Office,
                 1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                       TOTAL: 41

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Deutsche Bank National Trust Company, as Trustee,
cr               Deutsche Bank National Trust Company, as Trustee,
cr               Huntington National Bank
cr               PA Dept of Revenue
cr               The Huntington National Bank
cr               U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR CORPOR
cr               U.S. Bank National Association, Et al.
cr               Washington Township
cr*             +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13927738*        American InfoSource, LP,   Agent for Midland Funding, LLC,   P.O. Box 268941,
                 Oklahoma City, OK  73126-8941
13927743*       +Atlas Acquisitions LLC,   294 Union  St.,   Hackensack, NJ 07601-4303
13927774*       +Northwest Physician,   1304 S. Fawcett Ave,   Suite 200,   Tacoma, WA 98402-1911
13927781*       +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13927759        ##+Perrey & Nicholas, Inc.,   Huntingdon Place Office Bld,   One Braddock Rd, 2nd Floor,
                 Mount Pleasant, PA 15666-1458
13927761        ##+Holly Lane,   5435 Louise Ave,   Edinboro, PA 16412-1440
13927767        ##+Larry & Mary Grigsby,   5448 Linden Ave,   Edinboro, PA 16412-1437
13927770        ##+Michelle Williams,   5452 Linden Ave,   Edinboro, PA 16412-1437
                                                                          TOTALS: 8, * 5, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Andrew M. Lubin   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
              behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
              Pass-Through Certificates, Series 2007-CH3 alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
              Ann E. Swartz   on behalf of Creditor   Huntington National Bank ecfmail@mwc-law.com,
              ecfmail@ecf.courtdrive.com

District/off: 0315-1          User: culy              Page 4 of 4            Date Rcvd: Nov 15, 2019
                             Form ID: pdf900          Total Noticed: 92

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ann E. Swartz    on behalf of Creditor   The Huntington National Bank ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CSU - OUCTS, PA Labor & Industry   ra-li-ucts-bankpitts@state.pa.us
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, Et al.
           bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as trustee, in trust
           for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-4
           bkgroup@kmllawgroup.com
          James P. Valecko   on behalf of Creditor   Huntington National Bank jvalecko@weltman.com,
           PitEcf@weltman.com
          Jennifer M. Irvin   on behalf of Creditor   CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov,
           jeirvin@pa.gov
          John C. Melaragno, Esquire   on behalf of Debtor Vaughn L. Raup johnm@mplegal.com,
           katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
          John C. Melaragno, Esquire   on behalf of Joint Debtor Kimberley S. Raup johnm@mplegal.com,
           katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;r57036@notify.bestcase.com
          KIMBERLY A. BONNER   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, on
           behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
           Pass-Through Certificates, Series 2007-CH3 kab@jsdc.com,  jnr@jsdc.com;eaf@jsdc.com
          Kenneth D. Henderson   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Kenya Deneen Bates   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR
           CORPORATE TRUSTEE TO WACHOVIA BANK, N.A. AS AFORESAID AND NOT INDIVIDUALLY pawb@fedphe.com
          Mario J. Hanyon   on behalf of Creditor   U.S. Bank National Association, Et al. pawb@fedphe.com
          Matthew Christian Waldt   on behalf of Creditor   U.S. Bank National Association, as trustee, in
           trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series
           2003-4 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Matthew Christian Waldt   on behalf of Creditor   Deutsche Bank National Trust Company, as
           Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset
           Backed Pass-Through Certificates, Series 2007-CH3 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Michael S. Jan Janin   on behalf of Creditor   Washington Township mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           trayer@quinnfirm.com;gbebko@quinnfirm.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 19