## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| VAUGHN L. RAUP | ) | CASE NO. 14-10917-TPA |
| KIMBERLEY S. RAUP | ) | |
|     DEBTORS | ) | CHAPTER 13 |
| | ) | |
| VAUGHN L. RAUP | ) | |
| KIMBERLEY S. RAUP | ) | DOCUMENT NO. _____ |
|     MOVANTS | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

### NOTICE OF CHANGE OF ADDRESS

I, John C. Melaragno, the undersigned, certify that the following creditor's address has been changed:

From:    Larry & Mary Grigsby
            5448 Linden Ave
            Edinboro, PA 16412

To:       Larry & Mary Grigsby
            364 Lynnhaven Drive
            Saegertown PA 16433-5034

RESPECTFULLY SUBMITTED,

MELARAGNO, PLACIDI & PARINI

By: /s/ John C. Melaragno
     John C. Melaragno, Esquire
     PA I.D. NO. 80207
     502 West Seventh Street
     Erie, PA 16502
     814-459-55570
     johnm@mplegal.com